IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:                                                                  CHAPTER 13 CASE
                                                                             NO. 10-30033-DHW

AQUATONIA BARTON,
XXX-XX-2398

     Debtor(s).

## TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Trustee, by and through the undersigned counsel, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s) plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on January 6, 2010.

2. The debtor(s) §341 Meeting of Creditors was held February 11, 2010.

3. The debtor(s) plan proposes to pay a POT of $9,000.00 to unsecured creditors with plan payments of $700.00 per month.

4. Debtor(s) has equity in real property of $8,000.00 and $9,500.00 in personal property which totals $17,500.00.

5. Trustee requested debtor(s) provide a best interest analysis test which has not been done.

WHEREFORE, the above premises considered, Trustee prays this Honorable Court will deny confirmation, as the plan fails to meet the best interest of creditors test.

Respectfully submitted this 16th day of March 2010.

                                                              Curtis C. Reding
                                                               Standing Chapter 13 Trustee

                              By:     /s/   Sabrina L. McKinney
                                                               Sabrina L. McKinney
                                                               Staff Attorney
                                                               ASB-3162-I71S

Office of the Chapter 13 Trustee
166 Commerce St., Ste. 202
P. O. Box 173
Montgomery, AL 36101-0173
Phone: 334-262-8371
Fax: 334-834-7635
Email: mckinneys@ch13mdal.com

## CERTIFICATE OF SERVICE

    I, Sabrina L. McKinney, certify that a copy of the foregoing TRUSTEE'S OBJECTION TO CONFIRMATION has been served on the parties listed below either by electronic filing or by placing same in the United States Mail, postage prepaid and properly addressed, this 16th day of March 2010.

                                                /s/ Sabrina L. McKinney
                                                Sabrina L. McKinney

Aquatonia Barton
P.O. Box 830264
Tuskegee, AL 36083

Richard D. Shinbaum (electronic filing)